IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEPHANIE POPE,** o/b/o T.L.D., | CIVIL NO. 1:11-CV-1820 |
| **Plaintiff** | |
| v. | (Judge Rambo) |
| | (Magistrate Judge Carlson) |
| **MICHAEL J. ASTRUE,** **Commissioner of Social Security,** | |
| **Defendant** | |

# O R D E R

Before the court is a September 3, 2013, report of the magistrate judge (doc. 16) in which he recommends that the captioned appeal from a decision of the Commissioner of Social Security be remanded to the Commissioner for further consideration. The government has notified the court that it waives the opportunity to object to the report and recommendation (doc. 17).

Accordingly, upon consideration of the record before the court and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The court adopts the report and recommendation of Magistrate Judge Carlson.

2) The captioned action is remanded to the Commissioner for further administrative proceedings.

3) The Clerk of Court shall close the file.

                                         s/Sylvia H. Rambo
                                         United States District Judge

Dated: September 6, 2013.